```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| RAYMOND LANKFORD, et al., | HON. JEROME B. SIMANDLE |
| Plaintiffs, | Civil No. 04-2636 (JBS) |
| v. | **ORDER VACATING** |
| F. ALBERT IRBY, et al., | **ORDER OF DISMISSAL** |
| Defendants. | |

On February 3, 2006, this Court erroneously entered an Order dismissing this action as to all remaining defendants without prejudice to the right, upon motion and good cause shown, to reopen this action [Docket Item 70] after it having been reported to the Court that the above-captioned action had been settled; and

It having been reported to the Court that the above-captioned action has been settled, but only as to defendants Dale Irby and Randy Letang; therefore

IT IS this **15th** day of **February, 2006** hereby

ORDERED that the February 3, 2006 Order of Dismissal [Docket Item 70] shall be, and hereby is, **VACATED** as to all remaining defendants except defendants Dale Irby and Randy Letang; and the Clerk of the Court is ordered to restore the action to the Docket.

 s/ Jerome B. Simandle
JEROME B. SIMANDLE
U.S. District Judge
